UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  - Eastern Division
<u>CIVIL MINUTES - GENERAL</u>

Case No.   ED CV 08-00832-SGL(OPx)                                  Date: July 6, 2009

Title:   MARY JO KITTOK -v- LESLIE'S POOLMART, INC.
==================================================================
PRESIDING:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Gary George |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Russell C. Handy                                           Michael J. Chilleen


PROCEEDINGS:   MOTION HEARING RE:

   1)   DEFENDANT LESLIE'S POOLMART INC.'S MOTION FOR SUMMARY JUDGMENT AS TO NO GENUINE ISSUE AS TO ANY MATERIAL FACT, NO. 17

   2)   PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, NO. 18

   Court hears oral argument and, for the reasons set forth on the record, **GRANTS** defendant Leslie's Poolmart Inc.'s Motion for Summary Judgment regarding plaintiff's ADA claim; the ADA requirements having been complied with, the ADA claim is rendered **MOOT**.

   For the reasons set forth on the record, the Court **GRANTS** plaintiff's Mary Jo Kittok's Motion for Summary Judgment.

   **IT IS SO ORDERED.**