# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. _____    Date _____

Title: _____

Present: The Honorable _____

_____        _____
           Deputy Clerk                                Court Reporter / Recorder

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Proceedings:   ☐ In Court      ☐ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer _____